THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MADISON ARBOR HOMEOWNERS' ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>FARMINGTON CASUALTY COMPANY, a Connecticut company, STATE FARM FIRE & CASUALTY COMPANY, an Illinois corporation, THE CHARTER OAK FIRE INSURANCE COMPANY, a Connecticut company, THE TRAVELERS INDEMNITY COMPANY, a Connecticut company,<br><br>Defendant. | No.: 2-22-cv-00977-RSM<br><br>STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANTS FARMINGTON CASUALTY COMPANY, THE CHARTER OAK FIRE INSURANCE COMPANY, AND THE TRAVELERS INDEMNITY COMPANY TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>NOTE FOR MOTION CALENDAR:<br>July 21, 2022 |

Pursuant to LCR 10(g), Defendants Farmington Casualty Company, The Charter Oak Fire Insurance Company, and The Travelers Indemnity Company (collectively, "Travelers") and Plaintiff Madison Arbor Homeowners' Association (the "Association") submit this Stipulated Motion to Extend Travelers' deadline to answer or otherwise respond to the Association's First Amended Complaint by one week, from July 21, 2022 to July 28, 2022.

STIPULATED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT
NO.: 2-22-CV-00977-RSM

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

DATED this 21st day of July, 2022.

| | |
|---|---|
| HOUSER LAW, PLLC | BULLIVANT HOUSER BAILEY PC |
| | |
| By /s/ Daniel S. Houser<br>  Daniel S. Houser, WSBA #32327<br>  E-mail: dan@dhouserlaw.com | By /s/ Jared F. Kiess<br>  Daniel R. Bentson, WSBA #36825<br>  E-mail: dan.bentson@bullivant.com<br>  Jared F. Kiess, WSBA #54532<br>  E-mail: jared.kiess@bullivant.com |
| Attorneys for Plaintiff Madison Arbor Homeowners' Association | Attorneys for Defendants Farmington Casualty Company, The Charter Oak Fire Insurance Company, and The Travelers Indemnity Company |

REED MCCLURE

By /s/ Michael S. Rogers
  Michael S. Rogers, WSBA #16423
  E-mail: mrogers@rmlaw.com
  Jason E. Vacha, WSBA #34069
  E-mail: jvacha@rmlaw.com

Attorneys for Defendant State Farm Fire and Casualty Company

IT IS SO ORDERED this 25th day of July, 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

4894-5325-1626.1

STIPULATED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT
NO.: 2-22-CV-00977-RSM

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF e-filing system which will send notification of such filing to the persons listed below:

| | |
|---|---|
| Daniel S. Houser<br>HOUSER LAW, PLLC<br>1325 Fourth Ave., Suite 1650<br>Seattle; WA 98101<br>dan@dhouserlaw.com<br><br>*Attorneys for Plaintiffs* | ☐ via hand delivery.<br>☐ via first class mail.<br>☐ via email<br>☒ CM/ECF E-service |
| Michael S. Rogers<br>Jason E. Vacha<br>REED MCCLURE<br>1215 Fourth Avenue, Suite 1700<br>Seattle, WA 98161<br>mrogers@rmlaw.com<br>jvacha@rmlaw.com<br><br>*Attorneys for Defendant State Farm Fire and Casualty Company* | ☐ via hand delivery.<br>☐ via first class mail.<br>☐ via email<br>☒ CM/ECF E-service |

Dated:  July 25, 2022.

/s/ Kristin Anderson
Kristin Anderson, Legal Assistant

STIPULATED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT
NO.: 2-22-CV-00977-RSM

PAGE 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930