HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| MADISON ARBOR HOMEOWNERS' ASSOCIATION, a Washington non-profit corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>FARMINGTON CASUALTY COMPANY, a Connecticut company, STATE FARM FIRE & CASUALTY COMPANY, an Illinois corporation, THE CHARTER OAK FIRE INSURANCE COMPANY, a Connecticut company, THE TRAVELERS INDEMNITY COMPANY, a Connecticut company,<br><br>　　　　　　　Defendants. | NO. 2:22-cv-00977-RSM<br><br>STIPULATED MOTION TO CONTINUE TRIAL DATE<br><br><br>NOTE ON MOTION CALENDAR:<br>APRIL 7, 2023 |

　　　The parties stipulate to continue the trial date to December 4, 2023, or to such other time as the court deems appropriate. The parties stipulate that all related pretrial deadlines should be extended a similar amount of time. Counsel for the parties believe they can complete discovery by August 4, 2023.

STIPULATED MOTION TO CONTINUE TRIAL DATE – 1
067822.001215 Madison C22-977 stip order continue trial
NO.: 2:22-cv-00977-RSM

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

1   This motion is brought because additional time is needed to complete discovery due to
2   unavailability of counsel and witnesses for depositions prior to the current discovery cut-off of
3   April 17, 2023. These depositions include Rule 30(b)(6) depositions of each defendant and
4   expert witnesses. In addition, in this case plaintiff is seeking insurance coverage for water
5   damage allegedly occurring over the life of two condominium buildings, which were built around
6   1985. Defendants recently located a former unit owner and board member who was active in the
7   management and maintenance of the condominium for many years, and his deposition is being
8   taken. Defendants also recently learned of a former property manager, and are subpoenaing
9   records from that company. These sources could provide information about maintenance,
10  repairs, and discovery of property damage in the past, and they could also lead to identification
11  of other sources for investigation.

12  The parties propose the following case schedule:

|  | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut-off | 4/17/23 | 8/4/23 |
| Filing of Dispositive Motions | 5/16/23 | 9/7/23 |
| Mediation if requested by parties | 6/30/23 | 10/13/23 |
| Filing of Motions in Limine | 7/17/23 | 11/6/23 |
| Agreed Pretrial Order | 8/2/23 | 11/22/23 |
| Trial Briefs, Proposed Voir Dire, Jury Instructions, Neutral Statement of Case, Trial Exhibits Due | 8/9/23 | 11/29/23 |
| Trial | 8/14/23 | 12/4/23 |

STIPULATED MOTION TO CONTINUE TRIAL DATE – 2
067822.001215 Madison C22-977 stip order continue trial
NO.: 2:22-cv-00977-RSM

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

By: *s/Michael S. Rogers*
   Michael S. Rogers, WSBA 16423
   Reed McClure
   1215 Fourth Ave., Ste. 1700
   Seattle, WA  98161
   *Attorneys for Defendant State Farm*

By: *s/ Daniel R. Bentson*
   Daniel R. Bentson, WSBA No.
   Jared F. Kiess, WSBA No.
   925 Fourth Avenue, Suite 3800
   Seattle, WA 98104
   *Attorneys for Defendants*
   *Travelers, Farmington, and Charter Oak*

By: *s/Daniel S. Houser*
   Daniel S. Houser, WSBA 32327
   1325 Fourth Ave., Suite 980
   Seattle, WA  98101
   *Attorneys for Plaintiff*

IT IS SO ORDERED.  Trial is continued to December 4, 2023.  The Court shall issue and amended Order Setting Trial and Related Dates extending all related pretrial deadlines similar amount of time, beginning with disclosure of expert testimony.

DATED this 10th day of April, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE



REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152