The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MADISON ARBOR HOMEOWNERS' ASSOCIATION, a Washington non-profit corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FARMINGTON CASUALTY COMPANY, a Connecticut company, STATE FARM FIRE & CASUALTY COMPANY, an Illinois corporation, THE CHARTER OAK FIRE INSURANCE COMPANY, a Connecticut company, THE TRAVELERS INDEMNITY COMPANY, a Connecticut company,<br><br>　　　　　　　　　　Defendants. | NO. 2:22-cv-00977-RSM<br><br>STIPULATED MOTION FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>JULY 7, 2023 |

　　　　Pursuant to the parties' settlement agreement, F.R.C.P. 41(a)(1) and LR 10(g), the parties stipulate that all claims against defendant State Farm Fire and Casualty Company shall be dismissed with prejudice without fees or costs awarded to either party.

//

//

STIPULATED MOTION FOR DISMISSAL - 1

HOUSER LAW, PLLC
1325 4th AVENUE, SUITE 1650
SEATTLE, WA 98101
PHONE 206.962.5810

DATED: July 10, 2023.

By *s/ Daniel Houser*
Daniel Houser, WSBA 32327
Houser Law, PLLC
Attorneys for Plaintiff
1325 4th Avenue, Suite 1650
Seattle WA  98101
206.962.5810 – Phone
dan@houserlaw.com

By *s/ Michael S. Rogers*
Michael S. Rogers, WSBA 16423
Reed McClure
Attorneys for Defendant State Farm
1215 Fourth Avenue, Suite 1700
Seattle WA 98161-1087
206.292.4900 – Phone
206.223.0152 – Fax
mrogers@rmlaw.com

IT IS SO ORDERED.

DATED this 10th day of July, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE