The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MADISON ARBOR HOMEOWNERS' ASSOCIATION, a Washington non-profit corporation,<br><br>                Plaintiff,<br><br>v.<br><br>FARMINGTON CASUALTY COMPANY, a Connecticut company, STATE FARM FIRE & CASUALTY COMPANY, an Illinois corporation, THE CHARTER OAK FIRE INSURANCE COMPANY, a Connecticut company, THE TRAVELERS INDEMNITY COMPANY, a Connecticut company,<br><br>                Defendants. | NO. 2:22-cv-00977-RSM<br><br>STIPULATED MOTION FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>JULY 7, 2023 |

Pursuant to the parties' agreement, F.R.C.P. 41(a)(1) and LR 10(g), the parties stipulate that all claims against defendants Farmington Casualty Company, The Charter Oak Fire Insurance Company, and The Travelers Indemnity Company shall be dismissed with prejudice without fees or costs awarded to either party.

///

///

///

STIPULATED MOTION FOR DISMISSAL - 1

HOUSER LAW, PLLC
1325 4th AVENUE, SUITE 1650
SEATTLE, WA 98101
PHONE 206.962.5810

DATED: July 10, 2023.

By *s/ Daniel Houser*
Daniel Houser, WSBA 32327
Houser Law, PLLC
Attorneys for Plaintiff
1325 4th Avenue, Suite 1650
Seattle WA 98101
206.962.5810 – Phone
dan@houserlaw.com


By *s/ Jared F. Kiess*
Jared F. Kiess, WSBA No. 54532
Bullivant Houser
Attorneys for Defendants Farmington,
Charter Oak, and Travelers
925 Fourth Avenue, Suite 3800
Seattle, WA 98104
206.521-6415– Phone
jared.kiess@bullivant.com


IT IS SO ORDERED.

DATED this 10th day of July, 2023.


_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE